# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00700-CV

**M. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
### NO. CV40855, THE HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## **O R D E R**

**PER CURIAM**

Appellant M. L. filed her notice of appeal on November 1, 2022. The appellate record was complete on November 21, 2022, making appellant's brief originally due on December 12, 2022. On December 28, 2022, counsel for appellant filed a second motion for extension of time to file appellant's brief. Subsequently, on January 4, 2023, this court granted appellant's motion to withdrawal and for substitution of new counsel.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Maria Peña to file appellant's brief no later than January 30, 2023. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on January 12, 2023.


Before Justices Baker, Kelly, and Smith